## Ralph Longenecker, Appellee, v. W. Scott Matthews, Appellant.

### Gen. No. 22,912.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed July 30, 1917.

### Statement of the Case.

Action by Ralph Longenecker, plaintiff, against W. Scott Matthews, defendant, to recover for services as a broker in effecting the exchange of land of defendant for that of a third person. Judgment by default for $1,000 was entered in plaintiff's favor. Upon the overruling of his motion to vacate the judgment, defendant appeals.

CHARLES E. M. NEWTON, for appellant; CLAUDE R. CHURCH, of counsel.

THOMAS W. PRINDEVILLE, for appellee; THOMAS J. O'HARE, of counsel.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1751*—*when judgment affirmed.* Where the only errors assigned on appeal are matters preserved by a stricken bill of exceptions, the judgment of the trial court will be affirmed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.